UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH BROWN,

              Plaintiff,

     v.

MARIN FOX-HEIGHT,

              Defendant.

CASE NO.  C10-5535BHS/JRC

ORDER DENYING PLAINTIFF AN EXTENSION OF TIME

      This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.  Before the court is plaintiff's motion asking for an extension of time to provide service documents (Dkt. # 5).  The Clerk's Office directed plaintiff to provide service documents by September 3, 2010 (Dkt. # 2).  The service documents were received September 1, 2010.  The documents are on file.  Plaintiff was not late.  Therefore, plaintiff does not need an extension of time.  The motion is DENIED AS MOOT.

      DATED this 8th day of September, 2010.

                                                J. Richard Creatura
                                                United States Magistrate Judge

ORDER - 1