UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH BROWN, <br><br> Plaintiff, <br><br> v. <br><br> MARIN FOX-HEIGHT. <br><br> Defendant. | CASE NO. 3:10-cv-05535-BHS-JRC <br><br> ORDER TO SHOW CAUSE |

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff has been granted leave to amend his complaint and on May 9, 2011, plaintiff filed an amended complaint (ECF No. 24). Defendant has not responded.

Plaintiff bears the burden of prosecuting his action. Plaintiff should consult the Federal Rules of Civil Procedure and either take action or show cause by September 9, 2011, why this action should not be dismissed for failure to prosecute.

The filing of the amended complaint renders the current scheduling order (ECF No. 14) impractical. The scheduling order is therefore struck by the court on its own motion.

Dated this 3rd day of August, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER TO SHOW CAUSE - 1