UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH BROWN,

           Plaintiff,

v.

MARIN FOX-HEIGHT.

           Defendant.

CASE NO. C10-5535-BHS-JRC

ORDER

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

On August 3, 2011, the court entered an order directing the plaintiff to take action in this case and warning plaintiff that he risked the court issuing a Report and Recommendation that the case be dismissed for failure to prosecute (ECF No. 26). One week later the plaintiff filed a change of address (ECF No. 27).

It is not clear whether or not the plaintiff ever received the court order to show cause. Plaintiff will be given until October 28, 2011, to respond the order to show cause. If a response has not been filed by that time, the court will issue a Report and Recommendation to dismiss the action.

Dated this 27th day of September, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2