1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH BROWN,

    Plaintiff,

    v.

MARIN FOX-HEIGHT,

    Defendant.

Case No. C10-5535BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 29).

The Court having considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    This action is **DISMISSED** for failure to prosecute.

DATED this 13th day of December, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER