UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH BROWN,

    Plaintiff,

v.

MARIN FOX-HEIGHT,

    Defendant.

Case No. C10-5535BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 29).

The Court having considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     This action is **DISMISSED** for failure to prosecute.

DATED this 13th day of December, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER