# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSEPH BROWN

v.

MARIN FOX-HEIGHT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5535BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**; and

This action is **DISMISSED** for failure to prosecute.

December 14, 2011          WILLIAM M. McCOOL
Date          Clerk

         *s/CM Gonzalez*
         Deputy Clerk